# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable:** Jacqueline P. Cox

**Hearing Date:** February 25, 2019

**Bankruptcy Case No.:** 19 B 01962

**Adversary No.:**

**Title of Case:** Robert C. Servin

**Brief Statement of Motion:** Motion for Relief from the Automatic Stay (Docket #10)

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

**IT IS HEREBY ORDERED** that the parties are given leave to file a Response on or before March 18, 2019; Reply is due on or before April 10, 2019. Contested Hearing set for April 15, 2019 at 11:00 a.m. in Courtroom 680, 219 S. Dearborn Street Chicago, IL 60604.

Jacqueline P. Cox
United States Bankruptcy Judge

6/11/99